IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO
DISTRICT JUDGE GORDON P GALLAGHER

Civil Action No. 25-cv-03961-GPG

ALMA ROSA RODRIGUEZ RODRIGUEZ,

     Petitioner,

v.

KRISTI NOEM,
  *Secretary, U.S. Department of Homeland Security*,
PAMELA BONDI,
  *U.S. Attorney General*,
TODD M. LYONS,
  *in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement*,
ROBERT HAGAN,
  *Director of the Denver Field Office, U.S. Immigration and Customs Enforcement*, and
JUAN BALTAZAR,
  *Warden, Denver Contract Detention Facility*,

     Respondents.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [ECF 22] of District Judge Gordon P. Gallagher entered on January 12, 2026, it is

ORDERED that Alma Rosa Rodriguez Rodriguez's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [Docket No. 1] is GRANTED in part.  It is further

ORDERED that the case is closed.

Dated at Grand Junction, Colorado this 12th day of January 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By: s/ D. Clement
     Deputy Clerk